IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PAUL DEWAYNE THIBODEAUX, | § § | |
| Petitioner, | § § | |
| v. | § § | Case No. 6:19-cv-378-JDK-JDL |
| DIRECTOR, TDCJ-CID, | § § | |
| Respondent. | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner Paul Dewayne Thibodeaux, an inmate confined within the Texas Department of Criminal Justice, proceeding pro se, filed this federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was referred to United States Magistrate Judge, the Honorable John D. Love, for findings of fact, conclusions of law, and recommendations for disposition.

Respondent answered the petition and argued that the statute of limitations has expired. Docket No. 14. Petitioner did not respond. On December 14, 2020, Judge Love issued a Report and Recommendation recommending that the Court dismiss the petition with prejudice as barred by the statute of limitations. Docket No. 20. Judge Love also recommended that a certificate of appealability be denied. A copy of this Report was mailed to Petitioner.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days). Here, Petitioner has not objected. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 20) as the findings of this Court. This petition for habeas corpus is hereby **DENIED** and this action is **DISMISSED WITH PREJUDICE** as barred by the statute of limitations. The Court **DENIES** a certificate of appealability.

So **ORDERED** and **SIGNED** this **2nd** day of **February, 2021.**

*[signature]*
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE