### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| PAUL DEWAYNE THIBODEAUX, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 6:19-cv-378-JDK-JDL |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

The Court, having considered Petitioner's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that this petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE** as barred by the statute of limitations.  A certificate of appealability is **DENIED**.  All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **2nd**  day of  **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE